IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRON FLEMING, #053999,
    Petitioner,

vs.                                      Case No.:  3:06cv7/LAC/EMT

JAMES CROSBY, JR.,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 27, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of objections filed, if any.

    Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Petitioner's habeas petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

    3. All pending motions are **DENIED** as moot.

    **DONE AND ORDERED** this 18th day of April, 2006.

                                                s/_L.A. Collier_
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**